HEILBRUNN v. GERMAN ALLIANCE INS. CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Simon Heilbrunn against the German Alliance Insurance Com-

pany of New York. No opinion. Motion granted, and question certified, as stated in order. Order filed. See, also, 140 App. Div. 557, 125 N. Y. Supp. 374.

HELMS, Respondent, v. BREROHA PAPER BOX CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by William Helms, by guardian, etc., against the Breroha Paper Box Company. No opinion. Judgment and order affirmed, with costs.